1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Michelle Heidi Rex

7
                  **UNITED STATES DISTRICT COURT**
8
                  **EASTERN DISTRICT OF CALIFORNIA**
9

10
   MICHELLE HEIDI REX,              )  No. 2:20-cv-2429 DB
11                                  )
          Plaintiff,                )  STIPULATION AND ORDER FOR
12                                  )  THE AWARD AND PAYMENT OF
       vs.                          )  ATTORNEY FEES AND EXPENSES
13                                  )  PURSUANT TO THE EQUAL
   KILOLO KIJAKAZI,                 )  ACCESS TO JUSTICE ACT, 28 U.S.C.
14 Acting Commissioner of Social    )  § 2412(d) AND COSTS PURSUANT
   Security,                        )  TO 28 U.S.C. § 1920
15                                  )
          Defendant.                )
16 _____ )

17
       TO DEBORAH BARNES, MAGISTRATE JUDGE OF THE DISTRICT
18
   COURT:
19
       IT IS HEREBY STIPULATED by and between the parties through their
20
   undersigned counsel, subject to the approval of the Court, that Michelle Heidi Rex
21
   be awarded attorney fees and expenses in the amount of FOUR THOUSAND
22
   NINE HUNDRED dollars ($4,900.00) under the Equal Access to Justice Act
23
   (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED AND
24
   TWO dollars ($402.00) under 28 U.S.C. § 1920.  This amount represents
25

26

compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Michelle Heidi Rex, the government will consider the matter of Michelle Heidi Rex's assignment of EAJA fees to Steven G. Rosales.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Michelle Heidi Rex, but if the Department of the Treasury determines that Michelle Heidi Rex does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Michelle Heidi Rex.[1]  Any payments made shall be delivered to Steven G. Rosales.

This stipulation constitutes a compromise settlement of Michelle Heidi Rex's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Michelle Heidi Rex and/or Steven G. Rosales including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Steven G. Rosales and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: May 24, 2022            Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

BY: /s/ Steven G. Rosales
_____
Steven G. Rosales
Attorney for plaintiff Michelle Heidi Rex

DATED: May 27, 2022

PHILLIP TALBERT
Acting United States Attorney

/s/ Daniel P. Talbert
_____
DANIEL P. TALBERT
Special Assistant United States Attorney
Attorneys for Defendant KILOLO KIJAKAZI,
Acting Commissioner of Social Security
(Per e-mail authorization)

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: June 7, 2022            /s/ DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE